# EXHIBIT 1

# EXHIBIT 1



# EXHIBIT 2

# EXHIBIT 2

**reviewjournal**.com

 PRINTTHIS

Powered by Clickability

Jul. 09, 2010
Copyright © Las Vegas Review-Journal

# EDITORIAL: Welcome back, Mr. President

## Your economic policies suck

President Obama is in Las Vegas, where he's holding an invitation-only fundraiser for Senate Majority Leader Harry Reid, among other closed-door events.

The president is welcome; he should be courteously received.

That said, it's too bad the president isn't planning to mingle with average Nevadans and visit our shopping centers incognito, to get a look at what his economic policies have really wrought -- what a city with 14.1 percent (official, understated) unemployment looks like, under an administration whose main economic goals seem to be the punishment and prevention of capital formation and business growth.

The president might have gotten an earful, here at ground zero of the Great Recession.

While "Obamacare" doesn't go into full effect for four more years, taxes to support it kick in this fall, starting with a 10 percent tanning salon tax (why?) and a "1099" tax that's projected to suck an additional $17 billion out of private businesses in the next decade by making them file "1099" snitch forms for virtually everyone to whom they pay a few hundred dollars.

Is that likely to help Nevada's economy rebound, President Obama? Won't it drive even more business "under the table," where workers have less protection, illegal aliens thrive and many continue to draw welfare while paying no taxes at all?

Speaking of illegals, your administration just sued our neighbor to the southeast, Arizona, for enacting a state law that instructs local police to help enforce federal immigration law -- despite the fact the Supreme Court ruled in 1976 that federal immigration law doesn't intend "to preclude even harmonious state regulation."

What's the political message of this cynical lawsuit? That some 12 million illegals should feel safe continuing to occupy jobs that U.S. citizens have flocked to fill whenever they've had a chance, presumably. Just wait for the Democrats to grant you amnesty, invite in your extended family and send you all Democratic voter registration cards -- as soon as the heat of November's mid-term elections has passed -- is that it?

Is that supposed to help Nevada's unemployed and the local businesses they can no longer patronize?

What about "cap and trade" and your carbon tax, still promoted by you and your legislative ramrod, Sen. Reid, even after much of the basis for worrying about climate change has been shown to be a hoax?

Your administration admits this legislation will artificially drive up power bills and other energy costs. Mr. President, is that supposed to help cash-strapped Nevada firms create new jobs? If it causes air fares and gasoline prices to soar, will that help bring the tourists back to Las Vegas?

And a "VAT" or add-on national sales tax -- is that next?

If the 2008 economic correction had been allowed to proceed without interference, mal-invested firms would have been forced to liquidate in bankruptcy. The buildings where new entrepreneurs might like to open would have passed into new hands, and could now be leased at far lower rates. Instead, many structures in Las Vegas now stand empty, owned by banks or by the FDIC or by "walking dead" owners who dare not rent out the premises at lower rates lest their overdue notes be called. It's a weird economic limbo, and it's not helping.

Why so many costly bailouts, Mr. President? Why so much bypassing of America's fine bankruptcy courts? Was it because your union supporters objected to what might happen to their contracts, which helped sink firms like General Motors? Is that why you intervened to arrange for the government and the unions to take over that firm? How many other industries will now be taken over? We already know about health care. The banks, too?

And speaking of unions, is "card check" still in play? The prospect that workplaces could be unionized without a worker secret-ballot majority -- that's supposed to encourage local business investment and growth?

Meantime, the inflation caused by all this spending keeps prices and wages artificially high. Is that supposed to help?

Nevadans have a long tradition as hard-working frontier entrepreneurs. Nevadans would rather have a real, private-sector job than a handout. How many of your high-level appointees have any experience creating such jobs, Mr. President? Do you see that as a problem?

**Find this article at:**
http://www.lvrj.com/opinion/welcome-back--mr--president-98095489.html

⬛ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

| | Share | Report Abuse | Next Blog» | | Create Blog | Sign In |

# DAN CIRUCCI

A WIDE RANGING COMMENTARY AND DAILY DIALOGUE ON THE MEDIA, POLITICS, TODAY'S HEADLINES AND THE POPULAR CULTURE.

LIKE THE BLOG? SHARE IT WITH OTHERS!

SHARE

Ads by Google

**Rory Reid For Governor**
Learn Rory's Plan To Change Nevada. Join the Campaign Today!
www.RoryReid.com

**Shook & Stone**
Pick up the phone call Shook & Ston "It was the best call I ever made."
www.shookandstone.com

**Ruben Rosas**
Accounting & Tax Solutions Call 626-858-6950 Free Consultation
www.rrtaxes.com

**Tax Masters - IRS Audit**
Official Site For TaxMasters TaxMasters will settle your case!
TxMstr.com/IRSAudit

**Retire Harry Reid**
John Chachas for US Senate Contribute Here to Help Retire Reid
www.chachasfornevada.com

SUBSCRIBE TO THIS BLOG!



Posts
Comments



FRIDAY, JULY 9, 2010

## Yo, Mr. President: Your Economic Policies Suck!

If only newspapers in places like Philadelphia and Boston would have the good, decent, common sense to run an editorial like this.
Still, it's nice to discover that newspapers in some big cities know how to hit the mark, editorially speaking.

Here's an editorial from the Las Vegas Review Journal:

*President Obama is in Las Vegas, where he's holding an invitation-only fundraiser for Senate Majority Leader Harry Reid, among other closed-door donors.*

*The president is welcome; he should be courteously received.*

*That said, it's too bad the president isn't planning to mingle with average Nevadans and visit our shopping centers incognito, to get a look at what his economic policies have really wrought -- what a city with 14.1 percent (official, understated) unemployment looks like, under an administration whose main economic goals seem to be the punishment and prevention of capital formation and business growth.*

*The president might have gotten an earful, here at ground zero of the Great Recession.*

*While "Obamacare" doesn't go into full effect for four more years, taxes to support it kick in this fall, starting with a 10 percent tanning salon tax (why?) and a "1099" tax that's projected to suck an additional $17 billion out of private businesses in the next decade by making them file "1099" snitch forms for virtually everyone to whom they pay a few hundred dollars.*

*Is that likely to help Nevada's economy rebound, President Obama? Won't it drive even more business "under the table," where workers have less protection, illegal aliens thrive and many continue to draw welfare while paying no taxes at all?*

*Speaking of illegals, your administration just sued our neighbor to the southeast, Arizona, for enacting a state law that instructs local police to help enforce federal immigration law -- despite the fact the Supreme Court ruled in 1976 that federal immigration law doesn't intend "to preclude even harmonious state regulation."*

*What's the political message of this cynical lawsuit? That some 12 million illegals should feel safe continuing to occupy jobs that U.S. citizens have flocked to fill whenever they've had a chance, presumably. Just wait for the Democrats to grant you amnesty, invite in your extended family and send you all Democratic voter registration cards -- as soon as the heat of November's mid-term elections has passed -- is that it?*

*Is that supposed to help Nevada's unemployed and the local businesses they can no longer patronize?*

*What about "cap and trade" and your carbon tax, still promoted by you and your legislative ramrod, Sen. Reid, even after much of the basis for worrying about climate change has been shown to be a hoax?*



IS BARACK OBAMA DOING A GOOD JOB?

YES    NO

APPROVAL POLL!
YES    NO

PoliticalFileDetector.com/Obama   Ads by Google

MORE VISITS EVERY DAY!



175,000 Visitors! More than 375,000 page views!

CONTRIBUTORS
Dan Cirucci
Aimee

Search New Jersey Blogs

»

BlogNetNews.com

BLOG ARCHIVE

▼ 2010 (1732)
  ▼ July (175)
    Chris Christie 'Jersey Shore' Isn't Jersey Shore
    Video: Howard Dean Makes A Fool Of Himself
    Poll Data: Dems Can't Run Against Bush Anymore
    97-Pound Woman Will Lift 90,000 Pounds!
    Kodachrome's Last Roll: Don't Miss These Shots!
    Gore Interviewed By Portland Police?
    Will Obama Release Lockerbie Letter?
    Spectacular Summer Sunset!
    These Bold, Manly Cupcakes Ain't Dainty

ABOUT DAN CIRUCCI

Dan ... Cirucci is one of the most widely honored public relations professionals in his field.
He is a Lecturer in Corporate Communication at Penn State Abington and a former President of the Philadelphia Public Relations Association. A public relations consultant, he has also lectured at Rowan University, Temple University, The College of New Jersey and Arcadia University. He has conducted workshops on public relations for thousands of participants throughout the nation. Cirucci is a prolific writer and his op-ed pieces appear regularly in the Philadelphia Daily News and other publications.
A former President of the Philadelphia chapter of the International Association of Business Communicators, Cirucci served as Associate Executive Director of the Philadelphia Bar Association. He has been named a Distinguished Alumnus of Rowan's public relations program and was inducted into the Philadelphia Public Relations Hall of Fame in 2003. He received the E. A. "Wally" Richter Leadership Award from the National Association of Bar Executives' Communications Section. The Award is the Section's highest honor

OFFICEFINDER
Looking for Office Space?
Start Your Search Now
www.OfficeFinder.com/Search   Ads by Go...

TWITTER UPDATES

From Jordy Yager at The Hill:New Jersey Gov. Chris Christie (R) said the vastly popular "Jersey Shore"

---

*Your administration admits this legislation will artificially drive up power bills and other energy costs. Mr. President, is that supposed to help cash-strapped Nevada firms create new jobs? If it causes air fares and gasoline prices to soar, will that help bring the tourists back to Las Vegas?*

*And a "VAT" or add-on national sales tax -- is that next?*

*If the 2008 economic correction had been allowed to proceed without interference, mal-invested firms would have been forced to liquidate in bankruptcy. The buildings where new entrepreneurs might like to open would have passed into new hands, and could now be leased at far lower rates. Instead, many structures in Las Vegas now stand empty, owned by banks or by the FDIC or by "walking dead" owners who dare not rent out the premises at lower rates lest their overdue notes be called. It's a weird economic limbo, and it's not helping.*

*Why so many costly bailouts, Mr. President? Why so much bypassing of America's fine bankruptcy courts? Was it because your union supporters objected to what might happen to their contracts, which helped sink firms like General Motors? Is that why you intervened to arrange for the government and the unions to take over that firm? How many other industries will now be taken over? We already know about health care. The banks, too?*

*And speaking of unions, is "card check" still in play? The prospect that workplaces could be unionized without a worker secret-ballot majority -- that's supposed to encourage local business investment and growth?*

*Meantime, the inflation caused by all this spending keeps prices and wages artificially high. Is that supposed to help?*

*Nevadans have a long tradition as hard-working frontier entrepreneurs. Nevadans would rather have a real, private-sector job than a handout. How many of your high-level appointees have any experience creating such jobs, Mr. President? Do you see that as a problem?*

Sphere: Related Content

SHARE

POSTED BY DAN CIRUCCI AT 8:42 AM
LABELS: NEVADA, NEWSPAPERS, OBAMA

0 COMMENTS:

Post a Comment

Newer Post                Home                Older Post

Subscribe to: Post Comments (Atom)

---

White House Backed Release Of al-Megrahi

Rangel Ethics Violations ARE Serious!

THANKS TO OUR 175,000 VISITORS!

Star Ledger: Beware Of Adler's "Sleazy" Tactics

'True Blood': Preview The Second Half

Christie Atlantic City Plan Lauded

Why The Rangel Case Matters

Morgan Freeman On Races Relations

Obama's Political Capital: All Used Up?

Toomey To Sestak: Return Rangel $$$$

Christie Vetoes Spending Bills

Christie On ABC's This Week, Sunday

Patrick Murphy Media Stunt Bombs

Yes, Liberal Media GroupThink IS Real!

Obama's Birthday Bash: $30,000 Per Person!

Adler Got $4,000 From Rangel, Others Helped

Bernanke: Let's Extend Bush Tax Cuts

Charlie Rangel Is A National Disgrace!

Man Allegedly Has Sex With Great Dane

Jindal Blasts Obama On Oil Spill Debacle

The Thinking Behind Those Jobless Benefits

Bold Plan: Christie Sees 'New' Atlantic City

About That 'Vast Left-Wing Conspiracy'

The Many Infidelities Of Democrat Presidents

Gore Faces Two More Assault Allegations

Christie Hails Plan For Atlantic City, More

Lindsey Graham's Weird ['Hopeful'] Logic

Virginia Beach Emerges As Hot Party Spot

Toomey Challenges Sestak: Cut Waste, Earmarks

telev...
http://bit.ly/bYRA4R about 3
hours ago

Thienna Ho plans to deadlift
more than 90,000 pounds
and break a Guinness World
Record on August 14."
width="330"...
http://bit.ly/bRWr5u about 5
hours ago

Incredible South Jersey
Summer sunset - Sunday
evening. http://bit.ly/a8jStJ
about 15 hours ago

From Flash News:Standard
cupcakes may be cute and
sweet, but one bakery is
"butching up" the girly
treats. Former ...
http://bit.ly/bw7lah about 17
hours ago

From The Times of London
and AFP via The
Australian:The US
government secretly advised
Scottish ministers it woul...
http://bit.ly/cKMmL3 about
19 hours ago

We thank youfor helping us
reach a new
milestone.175,000
visitorsKeep returning to
ourblog and be sureto tell
your... http://bit.ly/blgyxY
about 23 hours ago

Here's an exclusive sneak peek
for you of the second half of
True Blood from HBO.True
Blood airs tonight at 9 PM.
http://bit.ly/cmFMR4 1 day
ago

An editorial from the Wall
Street Journal:The House
ethics committee announced
on Thursday that it would
bring ch...
http://bit.ly/cXZmnG 2 days
ago

    follow me on Twitter

---

MY COLUMNS AND OP-EDS.

So many people have asked for
my columns and op-ed pieces
(many of which have appeared
in the Philadelphia Daily
News) that I've created a list of
links to the columns here. My
thanks to the wonderful
Michael Schefer, my editor at
the Daily News who has
encouraged me and edited the
columns with loving care.

How The Death Of Mystery
Destroyed Us

The Perilous Boomerang Of
Change

Questioning Adler's 'Centrist'
Label

Christie Celebrates Six Successful
Months

Flying Donkey Shocks Beachgoers

Desperate Dems Eye Trojan
Horse To Trip GOP

Porn Stars Sledgehammer
Murder Case

Chelsea's Wedding: Destined For
Disaster?

'Mystery' Senate Candidate Gives
First Speech

Chris Christie On His 'Rock Star'
Status

Exactly Where Does John Adler
Stand?

World's Best Sandcastles In
California

Racism Forces Obama Official To
Resign

How Do You Like New Jersey
Now?

Respected Dr. Koop Urges 'No'
Vote On Kagan

Adler Town Hall Robocalls Often
Way Too Late

Zsa Zsa Gabor, 93 Faces Surgery
Today

Angle Debuts Ad; Focuses On
Reid's Failures

Will Challenges Libs On 'N Word'
Allegations

The Untold Story Of Nixon's
Accomplishments

Obama Policies Creating
'Economic Katrina'

Proof: Dog Really IS Man's Best
Friend!

The Tale Of 'Bailout Joe'

Will Levi & Bristol Star In A
Reality Show?

Divers Find World's Oldest
Drinkable Champagne

Yes, You CAN Remove That
Bumper Sticker!

'Let Me Be Clear': Obama ISN"T!

Biden Visits Nashville, But Only
For Campaign $$$

Dog Left In Hot Car Beeps Horn
For Help

Michael consistently produces one of the finest op-ed pages in America.

Click on the name of the column that you want to read:

Deep Six These Phrases
Tiger Bitten By His Fame
It's. Only. A. Game.
Old Glory, A Little Frayed Around The Edges
Forever Jackie!
Even In Death, The Show Must Go On
TelePrompTer 101
GOP's Jersey Bounce
Day of Infamy, Eve of Dstruction
Just Call It baseBORE!
New Vocabulary For Obama Years

MY PODCASTS & INTERVIEWS

Dom Giordano Interviews Me
Hot Interviews/Cool People - Philadelphia Bar Association podcasts

FAVORITE SITES AND BLOGS

Aimee Cirucci's Web Page
American Solutions
BlogNetNews
BlogNetNews NJ
Blogs Lucianne Loves
Bob Ingle
Bonnie's On It
Buck Naked Politics
Camden County GOP
CCGOP Chairman's Blog
City Paper Clog
Comically Partisan
Council of Parishes of SJ
Dan Gross' Philly Gossip
Drudge Report
Fox News
Garden State Smart Growth
Gateway Pundit
Grand Old Party
HillBuzz
Home Studio Art Glass
Instapundit
Judges On Merit
Jumping In Pools
Lauren Rose Albert Foundation
Legal Insurrection

Economy Slagging On Consumer Fears
'Happy Hour' At Home Gains Favor
Sen Scott Brown Blasts Bravo, Kathy Griffin
Inside Chelsea Clinton's $wanky Wedding Plans
Ten Reasons To Love Hilton Head
Obama's 'Recovery Summer' Goes Bust
Peek Inside George W. Bush's New Book
Franken's 'Election' Could Be Illegal
Big Hips May Impair Women's Memory
Cheistie: Let's Cap School Administrators' Pay
Kathy Griffin Is An Obnoxious Jerk
Hillary For President: Making The Case
Steinbrenner's Secret Finally Revealed
Karl Rove Admits His 'Biggest Mistake'
Lib Pub: Dem Control Of Senate At Risk
Our Hearts And Prayers Are With Cheney
Justice, Holder Style
CBS Poll: 74% Support Arizona Law
Retail Sales Drop Again; Economy Slides
Obama's Economic Guru Bombs Again!
Media Hail NJ 2% Property Tax Cap
Christie Signs Historic NJ Property Tax Cap
Levi Jonston & Bristol Palin: It's Love! Again!
Surfing Hilton Head Gator Delights Crowds
Confidence In Obama Plummets; GOP Gains
Yankees Confirm, Announce Steinbrenner Death
Daily News: George Steinbrenner Dead
George Steinbrenner Reported Dead; AP Confirms

Lucianne Goldberg
Memorable, Funny Movie
    Quotes
Middletown Mike
MJHawkeye
N'tl. Italian-American
    Foundation
National Review Online
New Jersey Politicker
Newsmax
Nick DiUlio
PA. 2010
Page 13 News
Pajamas Media
Pat Toomey For Senate
Penn State Abington
Phil Goldsmith
Philly Inquirer & Daily News
Politics Pennsylvania
PowerLine
Real Clear Politics
Res Ipsa Loquitor
Save Jersey
ShapTalk
Sweetness and Light
The Passionate Moviegoer
The PR Lawyer
The Sartorialist
Washington Times

MORE BLOGS

BLOGGAPEDIA BLOG
DIRECTORY

BLOGGAPEDIA

ONTOPLIST

ON TOPLIST.COM

BLOG FLUX

BLOG DIRECTORY

**175,305**

ATTRIBUTIONS & TERMS OF
USE

UNLESS EXPLICITLY
ATTRIBUTED TO OTHERS,
THE OPINIONS AND VIEWS
EXPRESSED ON THIS BLOG
ARE MY OWN, AND DO NOT
REPRESENT THE VIEWS OF
ANY EMPLOYER OR OTHER
ORGANIZATION.

Obama Deemed A 'Cultural
    Muslim'

Good Morning, Starshine!

Sordid Sexual Secrets Revealed!

Is Obama ADHD?

Report: Franken Elected By
    Convicted Felons

Gibbs Admits It: Dems Are On the
    Ropes

NJ 2% Property Tax Cap Gets
    Legislative OK

Whoa! New York Times Discovers
    Chris Christie

Philly's Phunky South Street
    Closed Down

The Funniest Sounding Words
    Ever

Clintons Eye Huge $11 Million
    Mansion

Christie Appointed To Prestigious
    N'tl. Post

'Voice Of The Yankees' Dies At 99

Tax 'N Spend Philly Libs Bleed
    The Little Guy

Three Great Hollywood Nudes

Obama Turns A Famous Phrase

Baby Boomers Leaving Democrat
    Ranks

Obamanauts Explore New Terrain

Fear Not The Tea Partiers; Be
    Bold, Innovative

Christie Welcome Privatization
    Initiative

Jimmy Buffett Is A Big Jerk

Justice Ginsburg's Not-So-Veiled
    Prejudices

Duck Boat Tragedy: Body Found;
    Another Missing

Greenspan: Economic 'Pause'
    Could Get Worse

Noonan: Obama's 'Wins' Came At
    Huge Cost

Report: NJ Should Begin Massive
    Privatization

Yo, Mr. President: Your Economic
    Policies Suck!

Where Obama Is Taking Us:
    Here's A Clue

Democrats' Own Poll Has Them
    Sinking

A 'Centrist' Who Does Pelosi's
    Bidding? No Way!

Dems Digging For Dirt on GOP
    Candidates

By using this blog, you agree that all original content on this blog is copyright of Daniel A. Cirucci. You may quote from my posts provided that you clearly identify me as the author, link to the original post or home address of this blog, and do not charge for access to the website, publication or other media in which the quote appears.

I like to link to people who link to me.

Although comments are moderated, I accept no responsibility for what other people say, and I reserve the right to block or remove any comment for any reason or no reason.

Any e-mails sent to me are subject to publication, and any disputes regarding this site will be litigated exclusively in the jurisidiction in which I reside at the time of the dispute.



powered by website statistics so

powered by website analytics software

Democrat Leader Openly Bashes Obama

Oh, Those Hilton Head Sunsets!

Two Missing In Duck Boat Accident

Democrat Disenchantment Emerges

Governor Christie Meets Queen Elizabeth

Levi Johnston Recants, Apologizes To Palins

LMAO: It's COOLER In SC Than It Is In NYC, Philly!...

Happy Birthday President George W. Bush!

Court's 'Swing Vote' Moves Right, Won't Leave

Obama Uses 4th Of July To Bash Founders

Office Vacancy Rate At Record High

Our New Guardian Of Liberty

Chess Champ's Remains Exumed For DNA'

Six In Ten Favor Obamacare Repeal

Crepe Myrtle: A Glorious Southern Blossom

America's Newest Hero: Calvin Coolidge

Conservatives More Patriotic Than Liberals?

Bedbugs Close Stores, Invade Theaters

The House I Live In (That's America To Me)

Christie Wins 2% Hard Cap Agreement

A Prayer For Independence Day

Walt Whitman Sings America's Song

Ronald Reagan Remembers The 4th Of July

America's Namesake: An Italian Explorer

Biggest 4th Of July Ever?

One In Four In U. S. Ignorant About July 4th

How America Learned Of Its Independence

McChrystal "Crushed", But With Pen$ion, Perks

Oldest Woman Lived To Age 122, Set Record

Obamacare Will Flood Emergency Rooms

Obama Job Record Worst Ever

Explorer Livingstone's Letter Revealed

Christie Gets Massive Support For Cap 2.5

This Is NOT A Recovery

Revealed: Hopper Wanted Bush On His Side

Justin Bieber Blocked From Internet

Mel Gibson's Racist Rant On Tape

Obama Blows Line From Statue Of Liberty

4th of July NOT Really America's Birthday

Chelsea Clinton's 'Private Mansion' Wedding

THIS Beef Jerky Gets You Perky!

YOU Made It Our Biggest Month Ever!

John Edwards' Strange New Life

Crossing Guard Beats Taunting Teen

Sharks In Jersey Shore Waters!

'Twilight Saga' Bewilders Kagan

Coming Soon: Take-Out-The-Trash Day

Voters Brand Obama 'Crashed Ferrari' Or 'Edsel'

Why Obamanomics Isn't Working

► June (275)

► May (238)

► April (254)

► March (274)

► February (224)

► January (292)

► 2009 (3293)

► 2008 (2117)

► 2007 (115)

LABELS

10 Show (1) 102.9 (1) 1960s (12) 1961 (1) 1968 (1) 1970s (6) 1976 (1) 1980 (4) 1990s (2) 2000 (3) 2012 (17) 30th Street Station (1) 3D (1) 4th of July (19) ABA (7) ABBA (1) ABC News (91) Abortion (95) academia (53) Ace of Spades (18) ACLU (9) Adam Cirucci (4) Adenauer (1) Adkins (1) Adler (32) Ads (29) advertising (5) Afghanistan (46) AFL-CIO (1) Africa (7) African-Americans (15) Age (2) Age Discrimination (1) Ahmadinejad (1) AIDS

(4) Aimee Cirucci (12) airlines (27) Al Franken (15) Al Qaeda (5) Alabama (2) Alan Jackson (1) Alaska (11) Alice Walker (1) Alito (5) alpha wives (1) Amer (1) Americ (9) America (677) American flag (20) american idol (1) American Thinker (18) Andres (1) Andrews (9) Anne Hathaway (1) Anne Klein Communications Group (1) Annie Leibovitz (1) Antisemitism (1) appeasement (6) Apple (6) architecture (2) Arrogance (5) Art (39) Asian (12) Associated Press (163) Atlanta (2) Atlantic City (21) Australia (2) Automobiles (45) Autumn (5) Axelrod (8) Ayers (33) Baby Boomers (6) baby names (1) bacon (1) Bagin (1) Baked Alaska (1) ballooning (1) Bar Association (3) Barbara Stanwyck (2) Barbara Walters (6) barbecue (1) Barone (12) baseball (66) Basketball (35) Batman (1) Beijing (1) Ben Smith (1) Berlusconi (6) Bernie Platt (8) Bette Davis (1) Bible (3) Biden (125) Big Talker (10) Bill Henley (1) bin Laden (2) birthday (5) bitter (3) bitterness (6) black liberation theology (1) blame (1) blog (25) Blogs (53) Bloomberg (25) Bluecoat (2) Bob Casey (7) Bob Ingle (6) Bob Rovner (1) Bobby Jindal (7) Bochetto (1) body image (2) Bonnie Grant (1) books (14) Borgata (4) Borgnine (1) Boston (56) Boston Globe (14) Boy Scouts (1) Brady Briefing Room (1) Brazile (1) breakfast (4) brett favre (1) Bridezilla (1) Bridget Foy's (1) Brio (2) Britain (76) Broadway (41) Brooklyn Diner (1) Brzezinski (1) Bubba (2) Buck Naked (2) Buckley (6) Buddakan (1) Budget (176) bunny (1) Buona Pasqua (3) burgers (3) Bush (247) Business Week (1) C-SPAN (4) Calendar (4) Camden County (44) Camelot (1) cameras (1) camp (1) Campaign (138) Canada (5) Cape Cod (1) capitalism (57) Capogiro (1) Carell (1) Carole Cirucci (1) Carter (40) Cary Grant (1) Casey (3) Cashman (7) Castellonos (1) Castro (9) Catholic church (20) Catholics (118) cats (1) CBS3 (30) CCNN (1) celebrities (3) Center City (15) Character (3) Charisma (8) Charleton Heston (1) Charlie Sheen (1) Charlotte Chandler (1) Chavez (8) cheese fries (1) Cheesesteaks (3) Cheney (30) cherry blossoms (4) Cherry Hill (71) Cherry Hill Mall (26) Chic (1) Chicago (97) Chick-Fil-A (2) chicken wings (1) Chile (1) China (20) Christians (88) Christine Flowers (31) Christmas (88) Christopher Christie (381) Churchill (3) CIA (11) Cinco de Mayo (2) Cindy McCain (6) circus (2) City Council (1) City Paper (3) Clarence Thomas (6) Clinton (239) Clintons (40) CNN (45) CNS (2) Coca-Cola (1) CoCongress (1) coffee (2) Colbert (1) Cold Stone (2) Cole Hamels (9) Colin Powell (8) college (1) Columbia (1) Comcast Spectacor (2) commencement (1) Commentary (24) Communion (3) Company (1) Compassion (2) computers (4) Conan (3) Condoleezza Rice (5) Congress

(633) Conservatism (78) conservatives (94) Continental Midtown (1) cookies (1) cooking (1) corruption (148) Corzine (281) Cotillard (2) Country Music (40) Countrywide (2) couples venting (1) Courage (1) Courier Post (31) couurts (2) cowboy (2) Crime (91) Crowley (1) Cuba (13) Cybill Shepherd (1) d'Harnoncourt (1) Daily Mail (4) Daily News (10) Daily Pennsylvanian (1) Dalai Lama (1) Dale Earnhardt Jr. (1) Daley (3) Dallas (3) Dan Gross (14) Danzig (2) dating (4) David Brooks (4) David Patterson (1) Daylight Savings Time (1) Dean (5) death of print (2) debate (40) Decoration Day (1) defense (120) deGaulle (1) Del (1) Delaware (16) delegates (2) Democrat Party (361) Democrats (625) Democrats New York Times (5) Demographics (1) dentist (1) Denver (3) Desiree Rogers (1) dessert (2) Deval Patrick (3) Diana (3) Diane Lane (1) Dicker (1) diet (4) dining (128) discrimination (2) Disney (8) Dobbs (2) Dobson (1) documentary (1) dogs (9) Dohrn (5) Dole (3) Dolly Parton (1) Dom Giordano (2) Don Giordano (1) Dr. King (5) Dr. Phil (1) Drew Carey (1) Drexel University (2) DRPA (5) Duane Morris (1) Dukakis (4) Eagles (24) earthquakes (5) Easley (1) Easter (4) economy (590) Ed Boyd (1) Ed Gillespie (1) Ed Rendell (21) Edie Huggins (2) editors (1) Education (96) ehtnic slurs (1) Electile Dysfunction (2) electoral vote (6) elephants (5) eletoral votes (5) Elitism (26) Elizabeth Taylor (9) Elvis (2) enemy (2) energy (70) England (78) entertainment (3) environment (63) Eric Dane. Marley and Me (1) Erykah Badu (1) Esparza (1) Estia (1) ethics (17) Europe (59) Experience (3) facebook (4) faith (47) Fannie Mae (9) fans (1) FAO Schwarz (1) Farrakhan (8) fashion (37) fast food (50) Faulkner (1) FDR (18) February (1) Feminism (7) Ferraro (4) FISA (1) flash mob (1) Flatiron Building (1) Fleischer (1) Florida (80) Flyers (7) food (15) football (32) Ford (10) Fox News (125) Fox29 (4) France (18) Frank Marshall Davis (1) freedom (72) frozen custard (1) Fuel (66) furniture (1) Gaffes (3) Gallup (42) Gannett (9) Garden State Park (9) gardens (4) gas prices (8) Gawker (2) Gay (16) Geldoff (1) Geno's Steaks (2) George Jones (1) George Strait (6) George Will (13) Get Smart (1) Gin (1) Gina Furia Rubel (1) Gingrich (12) Gish (1) Giuliani (24) global test (1) global warming (16) Goldsmith (1) golf (22) Good Time (1) GOP (199) Gordon Brown (1) Gore (27) GPLSC (1) GQ (5) graduation (1) graffiti (1) Graham (2) Grand Ole Opry (5) Grandma's Secret Spot Remover (1) Greenwald (8) Gridiron (2) Griffith (1) Grotto Pizza (1) guns (17) Gwyneth Paltrow (2) Haaretz (3) habeas (3) Hall of Fame (1) Halloween (13) Hamas (22) happiness (2) Harrisburg (2) Harrison Ford (1) Hathaway (1) haute couture (1) health (97) healthcare (88) Heidi Montag (2) Heinz

Kerry (4) Helen Thomas (18) Helms (2) Henry Hagar (1) Heroes (2) Hilton head (26) history (16) HIV (1) HIV/AIDS (1) Holl (1) Hollywood (323) holocaust (6) homeless (4) Hope (2) Housing (11) Houston (5) Hubris (1) Huckabee (7) Hugh Hewitt (1) Hugo Boss (1) Human Events (8) hymns (1) Hype (1) ice cream (11) Ifill (1) IKEA (1) Illinois (12) imperialism (1) Imus (4) Inaguration (19) Inaugural (19) India (7) Indiana (8) Indiana Jones (1) infidelity (1) Ingle (1) Initiative (2) Inquirer (10) Internet (76) Investors Business Daily (86) iPad (2) iPhone (2) Iran (57) Iraq (77) Irish Pub (1) Iron Hill Brewery (2) Iron Man (1) Isl (1) Isla (1) Islam (57) Israel (136) Issenberg (1) Italian-Americans (33) Italians (42) Italy (48) IVB (2) Izakaya (1) Jay Wright (6) Jean Sarkozy (2) Jeff Bridges (1) jellyfish (1) Jenna Bush (1) Jersey Boys (1) Jersey shore (14) Jerusalem Post (10) Jesse Jackson (6) Jesse James (1) Jesus (16) Jews (83) JFK (29) Joan Crawford (2) job (1) jobs (188) Joe Bruno (2) Joe Cirucci (1) Joey Vento (2) Johansson (2) John DeBella (1) John Edwards (7) John F. Kennedy (11) John Hughes (1) John Rich (1) Johnny Weir (1) Johnson (6) Jokes (3) jon stewart (1) Jonah Goldberg (5) Juan Williams (3) Judges (77) judgment (2) Julie Andrews (1) justice (212) Kardashians (1) Kate Gosselin (1) Kay Bailey Hutchison (5) Kean (28) keith olbermann (1) Kennedy (70) Kentucky (2) Kenya (5) Kerry (13) ketchup (1) KFC (1) Knesset (1) knitting (1) Koch (5) Krauthammer (6) Kristol (2) Kudlow (6) La Tolteca (1) Labor (18) Labor Day (6) Lamberti Restaurants (5) Larry Bartels (1) Larry Frankel (7) Larry Lessig (1) Last Supper (1) Laugh In (1) Laura Bush (21) Laura Ingraham (4) Lautenberg (16) Law (174) Law School (3) lawsuits (2) Lawyers (40) Le Bec Fin (2) Leap year (1) Legislation (300) LegiStorm (1) Lehman Bros. (1) Leno (3) Lentz (1) Leonard Pitts Jr. (1) Lesniak (1) Letterman (1) Lewinsky (1) Liberalism (105) liberals (149) Lieberman (20) Life Sciences (13) Lilly Pulitzer (1) Lim (1) Limbaugh (42) Lincoln (13) lobbyists (2) Loews (2) Longevity (1) Lori Wilson (1) Losers (3) Lotman (1) Love (18) Lucianne (54) Ludacris (1) Luntz (1) Lynne Abraham (2) Macys (11) Maggianos (5) Main Line Magazine (1) Malik Obama (11) Mamet (2) Mandela (1) Manhattan (60) manicure (1) Marathon Grill (1) March Madness (3) Marines (4) marketing (2) marriage (3) Marriott (2) Marx (3) mass media (30) massage (1) Matthews (28) Maureen Dowd (8) Maya Angelou (1) Mayor (1) McCain (461) Mccainblogette (1) McCarthyism (1) McCenergy (1) McClellan (4) McClure (1) McCormick's (2) McDonalds (4) McEntire (1) McGovern (3) McGreevey (4) McPeak (1) medi (7) Media (293) Medved (3) Meet The Press (4)

Meghan McCain (1) Meir (1) Memorial Day (6) Merit Selection (1) Metrospective (1) Mexican (15) Micahel Moore (1) Mice (1) Michael Jackson (2) Michael Moore (1) Michael Ramirez (55) Michael Schalson (1) Michael Steele (11) Michelle Obama (89) Michigan (9) Middle East (60) Mideast (40) Mike Del Palazzo (1) Miley Cyrus (1) military (123) Minnesota (24) Missile (3) Missouri (4) Model T (1) moms (1) Monell (1) MoneyNews (1) Montgomery Gentry (1) Morgan Freeman (1) Movies (215) MSN (1) MSNBC (42) Mumia Abdul-Jamal (1) Murtha (7) Music (163) Muslim (40) muslims (8) Myers (1) NABE (2) Naivete (1) Nancy Reagan (10) NARAL (2) narcissism (1) NASA (2) NASCAR (3) Nashville (10) Nat (1) National Constitution Center (6) National Post (5) National Press Club (4) National Review (39) NBC (46) NBC10 (8) NCAA (2) NCAA tournament (1) Nepolitano (1) Nevada (17) New Jersey (720) New Jersey 101 (6) New Republic (8) new years (2) New York (162) New York Daily News (38) New York magazine (2) New York Post (63) New York Times (120) New Yorker (7) NewsBusters (43) NewScientist (1) Newsmax (19) newspapers (28) Newsweek (23) Nicholas Sarkozy (13) Nina Zucker (1) Nixon (19) NO (1) Noonan (42) Nordstrom (13) North Carolina (18) Norway (1) Not The Girl Next Door (1) Notre Dame (16) Novak (12) NPR (3) NRA (2) nuclear (31) Nutter (18) NYU (1) O'Reilley (5) Obama (2387) Obama. McCain (1) Odor Limits (1) Ohio (13) oil (25) Olberman (4) Olympics (28) One (1) Oprah (15) oratory (2) Osama (4) Oscars (23) OSIA (2) Otto Preninger (1) Owen Wilson (1) Paddy (1) Page 13 News (1) Paisley (1) Palestine (29) Palin (190) Palm (7) Papadakis (1) Paris (12) Passport (1) PATCO (1) Patel (3) Patrick's Day (1) patriotism (25) Paul Harvey (5) Pawlenty (11) PBS (5) PCVB (1) pedicure (1) Pelosi (119) Penn State Abington (3) Pennsylvania (213) Pennsylvanians For Modern Courts (6) Perrier (2) Peter Beinart (1) Pfleger (11) Philadelphia (347) Philadelphia Bar Association (27) Philadelphia Boys Choir and Chorale (1) Philadelphia Daily News (106) Philadelphia Film Festival (1) Philadelphia Inquirer (68) Philadelphia lawyers (27) Philadelphia Museum of Art (7) Philadelphia Schools (1) Phillies (51) Philly Gossip (6) pizza (11) Plagiarism (2) Plagiary (2) plastic surgery (1) PMC (1) Podhoretz (1) Police (37) Politically Correct (1) PolitickerNJ (20) Politico (104) Politico Bush (1) Politics (281) poll (12) Polls (290) Pollution (1) Polman (2) Ponzios (3) Pooh (1) Pope Benedict (26) porn (2) porn detection (1) Portland (1) Portman (1) Positano Coast (1) PPRA (7) PR Stunts (1) prayer (2)

Presidency (409) priests (1) Princeton (2) profits (2) Prostate Cancer (2) protectionism (1) psychology (5) Public Relations (28) public speaking (32) Pulitzer Prize (5) rabbit (1) Race (80) Radicals (26) Radio (36) rappers (4) Rasmussen (86) reading (1) Reagan (47) Real Clear Politics (32) Real Clear Politicsm Obama (1) Rebates (5) Recall (3) recipes (1) Red Phone (1) Red State (45) redbox (1) Referendum (2) regrets (1) rehab (1) Reid (87) Reid Senate (2) relationships (2) religion (55) Reno (1) Rep. Cantor (1) Republican Party (398) resolutions (1) Restaurants (88) retail sales (12) Reuters (22) Rev Wright (16) Rev. Meeks (3) Rev. Wright (53) Rev.Wright (3) reviews (1) Rezko (10) Richardson (3) Rielle Hunter (2) rights (6) Rimes (1) Ringling Brothers (1) Rittenhouse Square (9) RNC (13) Robert Downey Jr. (3) Roberta McCain (1) Roberts (9) Rockefeller (3) Romney (35) Ross Brinkert (1) Rouge (5) Rove (11) Rowan University (2) Run 4 Your Life (1) Rushmore (1) Russert (9) SabaTo (2) Saint Laurent (1) Sakura Spring (2) salon (1) Salter (1) Samuelson (1) Sandra Bullock (1) Sandy McClure (1) Santorum (2) Sarah Jessica Parker (1) Sartorialist (2) Satellite (1) Savannah (1) Saxton (2) Sayde Ladov (5) Scalia (9) Scaliaguns (1) Schadenfreude (1) School Budget (40) schools (51) science (14) Science Center (1) scott brown (2) Scott Sigman (2) Scranton (1) security (183) Self-Esteem (1) Senate (278) September 11 (40) September11 (1) Sex And The City (1) sexism (4) Sgt. Stephen Liczbinski (2) Sharpe James (1) Shiite (1) shopping (1) silence (1) silent era (1) Sixers (4) ski team (1) Slate (5) Smith (1) snow storm (3) snowmageddon (2) social media (4) soft serve (5) Sondheim (2) Sopra Lounge (1) Soprano State (4) South Jersey (133) South Pacific (1) Sowell (5) spa (1) Specter (100) Spectrum (2) speeches (15) Spielberg (1) Spitzer (7) Sports (257) spying (1) star (1) Star Ledger (28) starbucks (1) Stars (314) State Spending (241) STD (1) Stevens (1) Stevenson (1) stock (4) Stocks (76) Stone (1) Strait (3) stuff (1) style (23) Summer (32) Sun (5) Sunni (1) super bowl (5) superdelegates (3) Supreme Court (103) Surber (1) surge (10) Survey (1) SUVs (1) Swinton (1) Tapper (10) Tax (4) taxe (2) Taxes (383) TCM (2) teachers (39) Teamsters (1) technology (12) Teddy Roosevelt (6) teen pregnancy (1) teleprompter (7) television (8) Temple (4) Tennessee (7) Tequilas (1) Terrorists (205) testosterone (1) Texas (67) Thanksgiving (11) Thatcher (4) The Atlantic (2) The Clog (1) The Darjeeling Limited (1) The Dark Night (1) The Forward (1) The Hill (51) The Newseum (1) The Record (5) The Source (1) Theater (10) threats (1) Tibet (1) Tiger Woods (10) Tim Tebow (2) Time (17) Today Show (7) Today Show. Ann Curry (1)

Tolls (15) Tom Cruise (2) Tom Hanks (2) Tom Ridge (4) Tom Ryan (1) Tony Awards (3) Tony Earley (1) Tony Lukes (1) Tony Snow (5) Toppers Salon (1) Toppers Spa (1) Tories (3) TownHall.com (66) toys (6) trading cards (1) Tresure Island (1) Trinity United (3) Trippi (1) Troubadour (2) Truman (7) Trump Tower Philadelphia (1) Turner Classic (8) TV (207) TVNewser (1) twitter (4) Typical White Person (4) ugliest cars (1) Unanue (1) United States (2) University City (2) University of Pennsylvania (2) Unova Di Pasqua (1) US magazine (4) US News (16) USA Today (32) vacation (29) Vancouver (1) Vanderbilt (3) Vango (1) Variety (2) Vat (1) Vatican (16) Venezuela (4) veterans (13) Veto (1) vetters (2) Vice President (103) Vietnam (6) Vignerie (1) Village Voice (1) Villanova (23) votes (26) Wake Forest (4) Wall Street (101) Wall Street Economy Stocks (2) Wall Street Economy Stocks (2) Wall Street Journal (246) Walmart (2) Wanamaker Organ (2) War (135) Washington (150) Washington Post (86) Washington Times (41) Washoe County Bar Association (1) wawa (1) WCAU-TV (1) weather (20) Weber's (1) wedding (4) Weddings (12) Weekly Standard (30) Wegman's (6) weird news (1) Wes Anderson (1) West Chester (13) West Virginia (5) White House (232) whitey tape (3) Wilentz (1) Will Smith. Scientology (1) William Douglas (1) William Martini (1) Wilmington (3) Wilson (3) WIP (1) Wizbang (1) WJA (1) WMGK (1) Wolfgang Puck (1) Womack (1) women (39) Woods Fund (1) work (1) working class (39) World War II (13) Wyeth (1) yarn bombing (1) Yoakam (1) Young at Heart (1) Yousef (1) Zimolong (1) Zogby (17) Zoo (5)

175,305

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007182390 / 2010-07-27

Application Title: Welcome back, Mr. President. Your economic policies suck.

Title:               Welcome back, Mr. President. Your economic policies suck.

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                     2010-07-09

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC
```

===============================================================================